IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WALLACE VANLANDINGHAM                                              PLAINTIFF

vs.                              CIVIL NO. 04-1083

JO ANNE B. BARNHART
Commissioner , Social
Security Administration                                            DEFENDANT

## **J U D G M E N T**

Comes now the court on this 30th day of August 2005, in accordance with the Memorandum Opinion filed in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of the Social Security Administration (hereinafter "Commissioner"), denying benefits to the plaintiff herein, should be and is hereby affirmed. The court further finds that the plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

/s/ Bobby E. Shepherd
HON. BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE